GRAVURE FLEX PACKAGING CORPORATION v.
FIFTH GENERAL CORPORATION.

February 11, 1974. Petition for certification denied.

STEPHEN BLECHER v. ABRAHAM BLECHER.

February 11, 1974. Petition for certification denied.

UNIVERSAL IMPORTS LIMITED, INC. v. RAY J. MARINI,
DIRECTOR, DIVISION OF MOTOR VEHICLES.

February 11, 1974. Petition for certification denied.

SAMUEL CLARKE v. DAVE'S LONG BAR, INC.

February 11, 1974. Petition for certification denied.

JOHN BRUM v.
INTERNATIONAL TERMINAL OPERATING COMPANY, INC.

February 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MILTON WESLEY HANNAH.

February 11, 1974. Petition for certification denied. (See
125 *N. J. Super.* 290)